IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHRN DIVISION
NO. 7:16-CR-00127-BO

| UNITED STATES OF AMERICA | ORDER TO SEAL |
|---|---|
| v. | |
| WILLIAM FELTON HARRIS | |

Upon Motion of the Defendant, it is hereby ORDERED that the Defendant's Objection and Sentencing Memorandum (CM/ECF #38) in the above captioned matter be sealed until such time as requested to be unsealed by the Defendant.

SO ORDERED.

This the 24 day of August, 2017.

_____
The Honorable TERRENCE BOYLE
United States District Court Judge