UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Criminal No. 7:16-CR-127-1BO
Civil No. 7:18-CV-216-BO

| | | |
|---|---|---|
| William Felton Harris, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 28 day of December, 2018.

*Terrence Boyle*
TERRENCE W. BOYLE
CHIEF, US UNITED STATES DISTRICT JUDGE