UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. William Felton Harris**  Docket No. 7:16-CR-127-1BO

### Petition for Action on Supervised Release

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of William Felton Harris, who, upon an earlier plea of guilty to Firearm by a Convicted Felon, 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on September 7, 2017, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

William Felton Harris was released from custody on March 20, 2023, at which time the term of supervised release commenced.

On April 4, 2023, A Petition for Action was submitted to the court reporting that on March 29, 2023, the defendant submitted a positive urinalysis for marijuana. He admitted to using and signed an admission of use form. It was recommended that a drug treatment condition be added to his conditions of supervision to address his substance use. The court agreed.

On May 10, 2023, a violation report was submitted to the court reporting the defendant used marijuana on April 25, 2023. It was recommended that no action be taken to allow the defendant time to engage in substance abuse treatment and continue drug testing. The court agreed.

On October 17, 2023, a Petition for Action was submitted to the court reporting the defendant submitted a positive urinalysis for marijuana. It was recommended that he participate in the location monitoring program for 60 days. The court agreed.

On July 19, 2024, a Petition for Action was submitted to the court reporting the defendant submitted a positive urinalysis for marijuana. It was recommended that he participate in mental health treatment to develop coping mechanisms and prosocial skills. The court agreed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 4, 2024, the defendant submitted a positive urinalysis for marijuana, amphetamine and methamphetamine. When confronted, he admitted to using illegal substances and signed an admission of use form. The defendant was verbally reprimanded for his continued abuse of controlled substances. It is recommended that he be sanctioned to complete 90 days of location monitoring, RF, with a curfew. He will also continue in substance abuse treatment and drug testing. Any further noncompliance will be reported to the court immediately.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

William Felton Harris
Docket No. 7:16-CR-127-1BO
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 90 consecutive days. The defendant is restricted to him residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay all of the cost of the program.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Cierra M. Wallace
Cierra M. Wallace
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-679-2034
Executed On: September 20, 2024

**ORDER OF THE COURT**

Considered and ordered this __22__ day of __Sept__, 2024, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
United States District Judge